*In re* Comisión Revisora de Currículo del Programa de Educación Jurídica Continua.

*Número:* EN-2016-01      *Resuelto:* 13 de enero de 2016

# RESOLUCIÓN

En virtud del poder inherente del Tribunal Supremo de Puerto Rico para regular el ejercicio de la abogacía y al amparo de la Regla 26 del Reglamento de Educación Jurídica Continua aprobado el 30 de junio de 1998, según enmendado, 4 LPRA Ap. XVII-D,[1] se nombran a los y las profesionales del Derecho siguientes como miembros de la Comisión Revisora de Currículo del Programa de Educación Jurídica Continua, quienes rendirán sus servicios *ad honorem*:

Lcda. Evelyn Benvenutti Toro, *presidenta*
Lcdo. Israel Santiago Lugo
Lcdo. Walter O. Alomar Jiménez

La Lcda. Evelyn Benvenutti Toro desempeñará su cargo por un término de cinco años. El Lcdo. Israel Santiago Lugo desempeñará su cargo por un término de cuatro años. El Lcdo. Walter O. Alomar Jiménez desempeñará su cargo por un término de tres años.

*Esta Resolución tendrá vigencia inmediata. Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada Señora Rodríguez Rodríguez y la Jueza Asociada Oronoz Rodríguez no intervinieron.

    (Fdo.) Aida Ileana Oquendo Graulau
    *Secretaria del Tribunal Supremo*

---

[1] Véanse: *In re Regl. Educ. Jur. Cont.*, 146 DPR 494 (1998); *In re Enmdas. R. Educ. Jur. Cont.*, 193 DPR 233 (2015).